**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARY KILPATRICK, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF APRIL FULLER, DECEASED** | | **PLAINTIFFS** |
| **v.** | **4:07CV01083-WRW** | |
| **BRIDGESTONE AMERICAS HOLDING, INC. AND BRIDGESTONE FIRESTONE NORTH AMERICA TIRE, LLC** | | **DEFENDANTS** |

## ORDER

Defendant Bridgestone Americas Holding, Inc.'s unopposed Motion to Dismiss Plaintiff's Complaint against (Doc. No. 10) Defendant Bridgestone Americas Holding, Inc. is GRANTED. Accordingly, Defendant Bridgestone Americas Holding, Inc. is DISMISSED.

IT IS SO ORDERED this 20th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE