IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY KILPATRICK, INDIVIDUALLY, AND
AS ADMINISTRATRIX OF THE ESTATE OF
APRIL FULLER, DECEASED                                                                PLAINTIFF

v.                                            4:07CV01083-WRW

BRIDGESTONE-FIRESTONE NORTH AMERICAN
TIRE, LLC., et al                                                                      DEFENDANTS

## ORDER

Pending is Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. No. 53).

Plaintiff's Motion is GRANTED. This action is DISMISSED without prejudice. Pursuant to

Plaintiff's request, Plaintiff has one year from the date of this Order in which to re-file her claim,

if she decides to do so.

IT IS SO ORDERED this 29th day of January, 2009.


                                                        /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE